1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

ROJELIO A. GUILLEN,

Petitioner,

v.

CLARK DUCART,

Respondent.

Case No.  16-cv-03637-WHO (PR)

**ORDER REOPENING ACTION;**

**ORDER DIRECTING PETITIONER TO PAY THE FILING FEE ON OR BEFORE OCTOBER 3, 2016**

Dkt. Nos. 10 and 12

12

13

14

15

16

17           This order addresses petitioner Guillen's motion to reopen and his application to

18   proceed *in forma pauperis* ("IFP").

19           This federal habeas action was dismissed because Guillen failed to comply with the

20   Court's order to file a complete application to proceed IFP, or pay the filing fee of $5.00.

21   He since has filed a complete IFP application and a motion to reopen.  (Dkt. Nos. 10 and

22   12.)  The motion to reopen is GRANTED.  The action is REOPENED.  The Clerk shall

23   amend the docket accordingly.  The judgment (Dkt. No. 8) and the order of dismissal (Dkt.

24   No. 9) are VACATED.

25           Guillen's IFP application is DENIED because he can afford to pay the filing fee.

26   The Certificate of Funds shows that the average deposits to his account for the six months

27   preceding the filing of the IFP application were $50.00, and the average balance in his

28   account for the same time period was $50.46.  **Guillen shall pay the $5.00 filing fee in**

*United States District Court*
*Northern District of California*

1    **this matter by submitting payment to the Clerk of the Court on or before October 3,**

2    **2016.** His failure to do so will result in the dismissal of this action for failure to prosecute

3    under Federal Rule of Civil Procedure 41(b), and without further notice to him.

4        The Clerk shall terminate Dkt. Nos. 10 and 12.

5        **IT IS SO ORDERED.**

6    **Dated:**  August 31, 2016

7    
    WILLIAM H. ORRICK

8        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2